# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RONALD W. EDMOND, 579280,  ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 3:07-CV-0852-D |
| ) | |
| NATHANIEL QUARTERMAN, Director, Texas ) | |
| Dept. Of Criminal Justice, Correctional ) | |
| Institutions Division, ) | |
|     Respondent. ) | |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

April 7, 2008.

 

SIDNEY A. FITZWATER
CHIEF JUDGE